IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARRIE LOUGHMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>CAREER EDUCATION CORPORATION,<br><br>　　　　Defendant. | Case No. 1:20-cv-00200<br><br>Hon. Robert W. Gettleman |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff files this notice of dismissal without prejudice. Defendant Career Education Corp. has not filed an answer or motion for summary judgment in this matter.

Dated:  March 6, 2020　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By:     /s/ *Andrew R. Kaufman*


　　　　　　　　　　　　　　　　　　　　HANSEN REYNOLDS LLC
　　　　　　　　　　　　　　　　　　　　Alan W. Nicgorski
　　　　　　　　　　　　　　　　　　　　(admitted to the N.D. Ill. general and trial bars)
　　　　　　　　　　　　　　　　　　　　anicgorski@hansenreynolds.com
　　　　　　　　　　　　　　　　　　　　150 S. Wacker Dr., 24th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　(312) 265-2252

　　　　　　　　　　　　　　　　　　　　Michael C. Lueder
　　　　　　　　　　　　　　　　　　　　(admitted to the N.D. Ill. general bar)
　　　　　　　　　　　　　　　　　　　　mlueder@hansenreynolds.com
　　　　　　　　　　　　　　　　　　　　301 N. Broadway, Suite 400
　　　　　　　　　　　　　　　　　　　　Milwaukee, WI 53202
　　　　　　　　　　　　　　　　　　　　(414) 273-8474


1936870.1

LIEFF CABRASER, HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson
(admitted to the N.D. Ill. general bar)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000

Andrew R. Kaufman
(admitted to the N.D. Ill. general bar)
akaufman@lchb.com
222 Second Avenue South, Suite 1640
Nashville, TN 37201
(615) 313-9000

PARONICH LAW, P.C.
Anthony Paronich
(admitted to the N.D. Ill. general bar)
anthony@paronichlaw.com
350 Lincoln Street, Suite 2400
Hingham, MA 02043
 (617) 485-0018

TURKE & STRAUSS LLP
Samuel J. Strauss
(admitted to the N.D. Ill. general bar)
sam@turkestrauss.com
613 Williamson Street, Suite 201
Madison, WI 53703
(608) 237-1775

*Attorneys for Plaintiff and the Proposed Classes*

1936870.1

## **CERTIFICATE OF SERVICE**

    I certify that on March 6, 2020, I filed the foregoing document with the Court's ECF system, which will send notice to all counsel of record.

        /s/ *Andrew R. Kaufman*

1936870.1